**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **IN RE:** | <u>Chea v. Allison, et al.</u> | : | **CIVIL NO. 3:CV-08-1204** |
| | | : | |
| **Inmate:** | **Eric N. Chea** | : | **(Judge Kosik)** |
| | | : | |
| **ID Number:** | **HG-6340** | : | |

<u>**ORDER**</u>

On June 25, 2008, Eric N. Chea, an inmate currently confined at the Smithfield State Correctional Institution, Huntingdon, Pennsylvania, filed a civil rights complaint without submitting a filing fee or the forms required to proceed in <u>forma</u> <u>pauperis</u> in a civil rights case.  By Administrative Order dated June 25, 2008, the Plaintiff was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $350.00 or filed a properly completed application to proceed in <u>forma</u> <u>pauperis</u> and an authorization form.  Notwithstanding this admonition, thirty (30) days have elapsed and the Plaintiff has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

*s/EDWIN M. KOSIK*
United States District Judge

DATE:   July 30, 2008